COLORADO SMELTING & MINING CO. v. LUPOLD. SAME v. WILEY. (Circuit Court of Appeals, Eighth Circuit. September 27, 1915.) Nos. 4329, 4330. Appeals from the District Court of the United States for the District of Colorado. Hughes & Dorsey, of Denver, Colo., and Carl J. Sigfrid, of Ouray, Colo., and John Q. Dier, of Denver, Colo., for appellants. James B. Nash and Dexter T. Sapp, both of Gunnison, Colo., for appellees.

PER CURIAM. Dismissed, with costs, for want of prosecution, on motion of appellees.

———

In re DETROIT MOTOR & MACHINE CO. (Circuit Court of Appeals, Sixth Circuit. November 12, 1915.) No. 2661. Petition for Revision from the District Court of the United States for the Eastern District of Michigan. Beaumont, Smith & Harris, of Detroit, Mich., for appellant. Miller, Smith, Canfield, Paddock & Perry and Anderson, Wilcox & Lacy, all of Detroit, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation.

———

DETWILER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 14, 1915.) No. 4495. In Error to the District Court of the United States for the Western District of Missouri. James S. Gibson, of Kansas City, Mo., for plaintiff in error.

PER CURIAM. Writ of error as to Jacob S. Detwiler docketed and dismissed, without costs to either party in this court, and defendant ordered to surrender himself to the custody of the United States marshal for the Western district of Missouri within 30 days from date of filing of mandate in district court, and mandate ordered to issue forthwith, per stipulation.

———

FARISH v. STATE BANKING BOARD OF OKLAHOMA et al. STATE BANKING BOARD OF OKLAHOMA v. FARISH. (Circuit Court of Appeals, Eighth Circuit. December 6, 1915.) Nos. 4198, 4199. Appeal and Cross-Appeal from the District Court of the United States for the Eastern District of Oklahoma. Amos L. Beaty, of New York City, for Farish. Ledbetter, Stuart & Bell, of Oklahoma City, Okl., for State Banking Board and others.

PER CURIAM. Dismissed, with costs, for want of prosecution.

———

GRIFFIN WHEEL CO. v. UNITED STATES & MEXICAN TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. October 27, 1915.) No. 4381. Appeal from the District Court of the United States for the District of Kansas. Hadley, Cooper & Neel, of Kansas City, Mo., for appellant. Samuel Untermyer, of New York City, and Samuel W. Moore, of Kansas City, Mo., for appellees.

PER CURIAM. Dismissed, at costs of appellant, per stipulation of parties; taxation of attorney's fee for appellees waived.

———

HAND v. CLINE. (Circuit Court of Appeals, Ninth Circuit. December 4, 1915.) No. 2673. Appeal from the District Court of the United States for the Southern Division of California. Guy Eddie, of Los Angeles, Cal., for appellant. Tracy Chatfield Becker, of Los Angeles, Cal., for appellee.

PER CURIAM. Pursuant to stipulation, signed by appellant and counsel for the respective parties, and filed November 22, 1915, to dismiss the appeal therein, ordered, order of this court, entered November 10, 1915, submitting cause for consideration and decision, vacated, and appeal dismissed, with costs in favor of appellees and against appellant.